**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose De Jesus MEDINA–ARIAS, aka Francisco, aka Richard Peres, aka Richard Bracamonte, aka Jose Medina, aka Jose de Jesus Medins, aka John Doe, Defendant–Appellant.**

No. 00–50007.

D.C. No. CR–99–00449–AHM.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

indictment nor admitted at his plea. Because Medina–Arias' contention is foreclosed by our decision in *United States v. Pacheco–Zepeda*, No. 99–50720 (9th Cir. Feb. 8, 2001) (concluding that *Apprendi* preserves the rule in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), that prior convictions are sentencing factors and not elements of the offense), the district court properly considered Medina–Arias' prior aggravated felony conviction in sentencing him. *See Pacheco*, 2000 WL 33156290, at *5 (stating that "*Apprendi* held that all prior convictions-not those admitted on the record . . . may continue to be treated as sentencing factors"); *United States v. Fresnares–Torres*, No. 99–30171, slip. op. 16059, 16062 (9th Cir. Dec. 15, 2000).

AFFIRMED.

Before WALLACE, SILVERMAN and W. FLETCHER, Circuit Judges.

### MEMORANDUM [2]

Jose De Jesus Medina–Arias appeals his 46 month sentence following a guilty plea conviction for being found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Medina–Arias contends that the district court erred by enhancing his sentence above the applicable statutory maximum penalty, in violation of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), on the basis that his prior convictions amounting to an aggravated felony were neither charged in the

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

